*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF PENNSYLVANIA*

*United States of America*          )
                                    )
         *vs.*                      )          *Criminal Number 04-38E*
                                    )
*Darryl Braden*                     )

      *The above named defendant satisfied the judgment of May 19, 2005*
*by paying on January 10, 2006  the full balance due on his/her court ordered:*

        ___X___*Assessment*
        _____*Fine*
        _____ *Costs*
        _____*other*

      *The Court's docket and judgment index should be marked to reflect*
*satisfaction of the judgment.*



_____
*Deputy Clerk*                                    *Date*